USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019

**DAVID K. BERTAN**
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

# MEMORANDUM ENDORSED

November 19, 2019

**Via ECF**

Hon. Gregory H. Woods, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Sinkfield, et. al. (Jose SInkfield)
             Docket No. 19-cr-11 (GHW))

Dear Judge Woods:

    I am writing to request an adjournment of sentencing in this matter. Sentence is set for Monday, December 9, 2019. I am requesting a short adjournment, to a day between December 16 and 19, 2019. The reason for my request is two-fold: first, I realized that I will be out of the country from December 7-December 15, and second, I am still waiting for supporting materials so I can complete my sentencing memorandum. As a result, I am respectfully requesting that sentencing be adjourned to any day between December 16 and December 19, 2019. The Government consents to my request. This is my first request for an adjournment of sentencing.

                      Very truly yours,
                            -S-
                      David K. Bertan

DKB
cc: AUSA Tara La Morte (via e-mail)

Application granted. The sentencing hearing scheduled for December 9, 2019 is adjourned to December 18, 2019 at 10:00 a.m. Defendant's sentencing memorandum is due December 4, 2019; the Government's memorandum is due December 11, 2019. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 54.

SO ORDERED.

Dated: November 20, 2019
New York, New York

                    _____
                    GREGORY H. WOODS
                  United States District Judge